# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Wilson Gun Works And Design, LLC,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:22-cv-00237-MOC-WCM |
| | ) | Related Case Number |
| vs. | ) | |
| | ) | |
| **Steve Albro,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2023 Order.

August 25, 2023

*[Signature]*

Katherine Hord Simon, Clerk
United States District Court